UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ARMANDO REYES,

    Plaintiff,

  v.

STATE OF OREGON, MULTNOMAH
COUNTY, DESCHUTES COUNTY, DR.
SHELTON, personally and DR. BRIDENBAUGH,
personally,

    Defendants.

Civil No. 05-584-HA

ORDER

HAGGERTY, Chief Judge:

    On August 25, 2005 defendants filed a Motion for Summary Judgment (Doc. #16). In response, plaintiff conceded the lack of federal jurisdiction and requested that defendant Deschutes County be dismissed with prejudice, and defendants Multnomah County and State of

1 -- ORDER

Oregon be dismissed without prejudice. Defendants did not file a Reply to plaintiff's request.

The court has already dismissed defendant Multnomah County without prejudice in an Order dated June 21, 2005. In light of plaintiff's concessions, and the lack of any objection by defendants, the court dismisses defendant Deschutes County with prejudice and defendant State of Oregon without prejudice.

**CONCLUSION**

Defendant Deschutes County is DISMISSED WITH PREJUDICE. Defendant State of Oregon is DISMISSED WITHOUT PREJUDICE. Defendants' Motion for Summary Judgment (Doc. #16) is dismissed as moot.

IT IS SO ORDERED.

Dated this __7___ day of October, 2005.

           /s/Ancer L.Haggerty
           ANCER L. HAGGERTY
           United States District Judge